UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DIONNA HARRELL,

Plaintiff,

-vs-                                                  CASE NO.:  2:17-cv-02705-MSG

RITE AID CORPORATION,

Defendant.

_____/

## NOTICE OF VOLUNTARY
## DISMISSAL

COMES NOW the Plaintiff, DIONNA HARRELL, by and through her undersigned attorney, hereby files this Notice of Voluntary Dismissal of Complaint Without Prejudice asserted by Plaintiff against the Defendant, Rite Aid Corporation.

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 7, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent electronic notice to all parties of record.

/s/ *Jonathan D Clemente*
Jonathan D Clemente, Esquire
Pennsylvania Bar No.: #: 40053
Clemente Mueller P.A
BNY Mellon Center
1735 Market Street
Suite 3750
Philadelphia, PA 19103
Telephone: (973) 455-8008
Primary Email: jclemente@cm-legal.com
*Local Counsel for Plaintiff*